IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cv-624-BO

| | |
|---|---|
| CLARETHER BEST GRAHAM,                ) | |
| Plaintiff,                            ) | |
| v.                                    ) | **CONSENT ORDER** |
| CAROLYN COLVIN,                       ) | |
| Acting Commissioner of Social         ) | |
| Security,                             ) | |
| Defendant.                            ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,208.75 for attorney fees and that the Treasury Judgment Fund should pay $400.00 arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay the sum of $4,208.75 and the Treasury Judgment Fund pay to Plaintiff's counsel $400.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This _17_ day of _November_, 2014.

_Terrence W. Boyle_
United States Judge Terrence Boyle

CONSENTED TO:

CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

MARC EPSTEIN
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 642
Baltimore, MD 21235-6401
Telephone: 410-965-8122
Facsimile: 410-597-0527
Marc.epstein@ssa.gov
New York Bar