IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-624-BO

| CLARETHER GRAHAM, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $5,776.50 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $4,208.75 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $5,776.50 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $4,208.75, and upon the payment of such sums this case is dismissed with prejudice.

This __6__ day of __January__, 2015.

_____
United States District Judge